UNITED STATES BANKRUPTCY COURT
DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

IN RE:

Gertrude Coretta Fennell Hamilton,   CASE NO.:   18-04955-eg

　　　　　　　　　　　　　　　　　　CHAPTER:   13

　　　　　　　　　　　　　　　　　　JUDGE ELISABETTA GM GASPARINI

**Debtor.**
_____/

## NOTICE OF FORBEARANCE PLAN

COMES NOW U.S. Bank National Association not in its individual capacity but solely as Legal Title Trustee for RMTP Trust, Series 2021 BKM-TT-V, ("Creditor"), secured creditor of the above-entitled Debtor, hereby provides notice that Creditor and Debtor have entered into a forbearance agreement due to the impact of COVID-19. The forbearance agreement relates to the loan ending in 6921 hereinafter "Loan", Claim **5**, which is secured by the real property located at 99 Elmwood Street, Walterboro, SC 29488. Under the forbearance agreement, payments due under the loan are suspended beginning with the payment due on July 01, 2022, through and including the payment due December 01, 2022. This Notice does not constitute an amendment and/or modification of the Loan.

This Notice does not constitute an amendment or modification to the Debtor's plan of reorganization and does not relieve the Debtor of the responsibility to amend or modify the plan of reorganization to reflect the deferral agreement, if required.

Dated: October 14, 2022

　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　By: /s/ Anne Marie Throne
　　　　　　　　　　　　　　　　　　Anne Marie Throne
　　　　　　　　　　　　　　　　　　SCBN 13573
　　　　　　　　　　　　　　　　　　MCMICHAEL TAYLOR GRAY, LLC
　　　　　　　　　　　　　　　　　　Attorney for Creditor
　　　　　　　　　　　　　　　　　　3550 Engineering Drive, Suite 260
　　　　　　　　　　　　　　　　　　Peachtree Corners, GA 30092
　　　　　　　　　　　　　　　　　　Telephone: 404-474-7149
　　　　　　　　　　　　　　　　　　Facsimile: 404-745-8121
　　　　　　　　　　　　　　　　　　E-mail: athrone@mtglaw.com
　　　　　　　　　　　　　　　　　　MTG File No.: 22-002283-04

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing in the above captioned case was this day served upon the below named persons by either United States Mail or Electronic Mail at the addresses shown below:

**Via U.S. Mail**
Gertrude Coretta Fennell Hamilton, Pro Se
99 Elmwood Street
Walterboro, SC 29488


**Via CM/ECF electronic service:**
James M. Wyman
Chapter 13 Trustee
830 Lowcountry Boulevard, Suite 100
Mt. Pleasant, SC 29464

U.S. Trustee
US Trustee's Office
Strom Thurmond Federal Building
1835 Assembly Street
Suite 953
Columbia, SC 29201

Dated: October 14, 2022

      Respectfully submitted,

      By: /s/ Anne Marie Throne
      Anne Marie Throne
      SCBN 13573

      MCMICHAEL TAYLOR GRAY, LLC
      Attorney for Creditor
      3550 Engineering Drive, Suite 260
      Peachtree Corners, GA 30092
      Telephone: 404-474-7149
      Facsimile: 404-745-8121
      E-mail: athrone@mtglaw.com
      MTG File No.: 22-002283-04