UNITED STATES BANKRUPTCY COURT
DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| IN RE:<br><br>Gertrude Coretta Fennell Hamilton<br>*aka Gertrude CF Fennell*<br>*aka Gertrude Coretta Hamilton*<br>*aka Gertrude C Hamilton*<br>*aka Gertrude CF Fennell*<br>*aka Gertrude C Fennell Hamilton*<br>*aka Gertrude Fennell Hamilton*<br>*aka Gertrude F Hamilton*<br>*aka Trudy Hamilton*<br>*aka Trudy F Hamilton*<br>*aka Gertrude Hamilton*<br>*aka Gertr Fennell Hamilton*<br>*aka Gertrude C Fennell*<br>*aka Gertrude Fennell*<br><br>　　　　　Debtor. | CASE #: 18-04955-eg<br><br>CHAPTER **13**<br><br>**JUDGE ELISABETTA GM GASPARINI** |

### RESPONSE TO DEBTOR'S OBJECTION RESPONSE TO CREDITOR (DOC. NO. 141) FILED 11/18/22

COMES NOW U.S. Bank National Association not in its individual capacity but solely as Legal Title Trustee for RMTP Trust, Series 2021 BKM-TT-V, by and through its servicer, Rushmore Loan Management Services, LLC ("Respondent") a creditor in the above-captioned case, by and through counsel, and moves this Court to enter an order overruling Debtor's Objection Response to Creditor (Doc. No. 141) Filed 11/18/22 (Doc. No. 143) filed November 30, 2022 ("Objection") or in the alternative have a hearing on the matter, and respectfully shows this Court as follows:

1. Respondent filed a Notice to Debtor In Response to Entered Order Granting Motion to Incur Debt and Obtain Credit (Doc. No. 138) (Doc. No. 141) on November 18, 2022, providing information concerning the status of the forbearance agreements on the account, payment history, transaction history, reinstatement quote, and payoff.

2. On November 30, 2022, Debtor filed an Objection Response to Creditor (Doc. No. 141) Filed 11/18/22 (Doc. No. 143), alleging fraud, discrimination, and that the reinstatement and payoff are not sufficient.

3.  Respondent denies the allegations raised in the Objection and is reviewing said allegations.

**WHEREFORE**, Respondent prays the Court as follows:

1.  Enter an Order Overruling Debtor's Objection Response to Creditor (Doc. No. 141) Filed 11/18/22 (Doc. No. 143) filed November 30, 2022 ("Objection");

2.  In the alternative, allow a hearing to be held on the Objection; and

3.  Grant Respondent such other and further relief as the Court deems just and proper.

Dated: December 9, 2022

Respectfully submitted,

By: /s/ Anne Marie Throne
Anne Marie Throne
SCBN 13573
MCMICHAEL TAYLOR GRAY, LLC
Attorney for Creditor
3550 Engineering Drive, Suite 260
Peachtree Corners, GA 30092
Telephone: 404-474-7149
Facsimile: 404-745-8121
E-mail: athrone@mtglaw.com
MTG File No.: 22-002283-03

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing in the above captioned case was this day served upon the below named persons by either United States Mail or Electronic Mail at the addresses shown below:

**Via U.S. Mail**
Gertrude Coretta Fennell Hamilton
99 Elmwood Street
Walterboro, SC 29488

**Via E-Mail**
Gertrude Coretta Fennell Hamilton, Pro Se

**Via CM/ECF electronic service:**
James M. Wyman
Chapter 13 Trustee
PO Box 997
Mount Pleasant, SC 29465

US Trustee's Office
Strom Thurmond Federal Building
1835 Assembly Street, Suite 953
Columbia, SC 29201

Dated: December 9, 2022

    Respectfully submitted,

    By: /s/ Anne Marie Throne
    Anne Marie Throne
    SCBN 13573

    MCMICHAEL TAYLOR GRAY, LLC
    Attorney for Creditor
    3550 Engineering Drive, Suite 260
    Peachtree Corners, GA 30092
    Telephone: 404-474-7149
    Facsimile: 404-745-8121
    E-mail: athrone@mtglaw.com
    MTG File No.: 22-002283-03